**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| LYNN M. KIPP,<br><br>    Petitioner<br><br><br>    v.<br><br><br>BELLEFONTE AREA SCHOOL DISTRICT, BOARD OF SCHOOL DIRECTORS, MICHELLE SAYLOR, MICHELLE SIMPSON, KIMBERLY SHARP, NICOLAS DOWNS, NICOLE HARRIS, AND MICHAEL MUSSETT,<br><br>    Respondents | No. 138 MM 2023 |
| LYNN M. KIPP,<br><br>    Petitioner<br><br><br>    v.<br><br><br>BELLEFONTE AREA SCHOOL DISTRICT AND BELLEFONTE AREA EDUCATION ASSOCIATION,<br><br>    Respondents | No. 139 MM 2023 |
| LYNN M. KIPP,<br><br>    Petitioner<br><br><br>    v.<br><br><br>BELLEFONTE AREA SCHOOL DISTRICT, BELLEFONTE AREA SCHOOL BOARD, MICHELLE SAYLOR, MICHELLE | No. 140 MM 2023 |

SIMPSON, NICOLAS DOWNS, NICOLE      :
HARRIS, MICHAEL MUSSETT, AND      :
KIMBERLY SHARP,      :
     :
         Respondents      :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 21st day of May, 2024, the Application for Leave to File Original Process is GRANTED. The "Application for Extraordinary Injunctive Relief and Application for Writ of Mandamus with Declaratory Judgment under King's Bench Authority & Jurisdiction," the "Application for Leave to File an Amended Application," and the "Application to Expedite" are DENIED.